LOWRY et al. v. STATE.   (No. 506-3931.)

(Commission of Appeals of Texas, Section A. Feb. 13, 1924.)

Appeal and error ⚖78(1), 106—Judgment de-nying plea of privilege not final and not re-viewable.

A judgment of a trial court denying a plea of privilege is not a final judgment, nor one on which a writ of error to the Supreme Court is allowed.

Error to Court of Civil Appeals of Third Supreme Judicial District.

Action by the State of Texas against the American Surety Company of New York and others. Judgment overruling a plea of privilege was affirmed by the Court of Civil Appeals (245 S. W. 1033), and defendant J. F. Lowry and others bring error. Order granting a writ of error set aside, and appli-cation dismissed.

Johnson, Edwards & Hughes, of Tyler, for plaintiffs in error.

W. A. Keeling, Atty. Gen., and Walace Hawkins, Asst. Atty. Gen., for the State.

GERMAN, P. J. This appeal was prose-cuted from an interlocutory judgment of the district court of Travis county, Texas, over-ruling the plea of privilege of J. F. Lowry, J. P. Seale, B. C. Dickinson, Charles Pace, and J. B. Rucker to be sued in the county of their residence. The judgment of the dis-trict court was affirmed by the Court of Civil Appeals; the style of the suit therein being American Surety Co. of New York et al. v. State of Texas, 245 S. W. 1033.

As has been recently held is several cases, a judgment of a trial court denying a plea of privilege is not a final judgment, and is not a judgment on which writ of error to the Supreme Court is allowed. Montgomery v. Turner et al. (Tex. Com. App.) 251 S. W. 1039; Magouirk v. Williams et al. (Tex. Com. App.) 249 S. W. 185; Izaguirre v. Evans (Tex. Com. App.) 249 S. W. 187; Perkins v. Bank & Trust Co. (Tex. Com. App.) 249 S. W. 186.

We therefore recommend that the order granting writ of error herein be set aside, and that the application be dismissed for want of jurisdiction.

GREENWOOD and PIERSON, JJ. Order granting writ of error set aside, and application for writ of error dismissed for want of jurisdiction.

CURETON, C. J., not sitting.